ROBERT L. ESENSTEN (Bar No. 65728)
resensten@wccelaw.com
GREGORY B. SCARLETT (Bar No. 131486)
gscarlett@wccelaw.com
JESSE B. LEVIN (Bar No. 268047)
jlevin@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile: (818) 996-8266

Attorneys for Plaintiffs,
 Gerald Amador, Salvador Carrillo,
 and all others similarly situated
[*Additional counsel listed on next page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD AMADOR and SALVADOR CARRILLO, and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br>LOGISTICS EXPRESS, INC., a California Corporation; TRIMAC TRANSPORTATION SERVICES (WESTERN), INC., a Delaware Corporation; and DOES 1-50, Inclusive,<br><br>Defendants.<br><br>MIGUEL LARA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br>TRIMAC TRANSPORTATION SERVICES (WESTERN) inc., a Delaware Corporation, and DOES 1 through 100,<br><br>Defendants. | CASE NO. CV 10-4112 GHK (JCx) Lead Case Consolidated with CV 10-4280 GHK (JCx)<br><br>Assigned to the Honorable George H. King Courtroom 2<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL HEARINGS AND DEADLINES** |

R. Duane Westrup (State Bar No. 58610)
jveloff@wkalaw.com
Phillip R. Poliner (State Bar No. 156145)
ppoliner@wkalaw.com
**WESTRUP KLICK, LLP**
444 West Ocean Boulevard, Suite 1614
Long Beach, CA  90802
Telephone:  (562) 432-2551
Facsimile:  (562) 435-4856

Attorneys for Plaintiff Miguel Lara and Putative Class

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

1035073.1

2

CV 10-4112 GHK (JCx) Lead Case
**NOTICE OF SETTLEMENT AND
REQUEST TO VACATE ALL HEARINGS AND DEADLINES**

**NOTICE IS HEREBY GIVEN** to this Honorable Court that, on September 18, 2012, Plaintiffs Gerald Amador, Salvador Carrillo and Miguel Lara and Defendant Trimac Transportation Services (Western) Inc. (collectively, the "Parties") resolved to settle the above-entitled action on a class-wide basis at a day long, arms-length and private mediation before the Honorable Judge Richard Silver (ret.). The specific terms of the Parties' class action settlement agreement are set forth in a duly executed Memorandum of Understanding, and those terms will be addressed in Plaintiffs' forthcoming Motion for Preliminary Approval of Class Action Settlement.

Accordingly, Plaintiffs request the Court vacate all outstanding hearings and deadlines and forego consideration of all pending motions. In addition, Plaintiffs request that all outstanding hearings and deadlines be vacated without prejudice to the re-setting of same if the Court does not approve the Parties' settlement.

DATED: September 19, 2012

**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
ROBERT L. ESENSTEN, ESQ.
GREGORY SCARLETT
JESSE B. LEVIN

**WESTRUP KLICK, L.L.P.**
R. DUANE WESTRUP
PHILLIP R. POLINER

By: /s/ Jesse B. Levin
    JESSE B. LEVIN
Attorneys for Plaintiffs

1035073.1

1

CV 10-4112 GHK (JCx) Lead Case
**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL HEARINGS AND DEADLINES**